**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-02108-REB-STV

BALJIT S. NANDA,

     Plaintiff,

v.

PHILLIPS 66 COMPANY,

     Defendant.

---

**FINAL JUDGMENT**

---

This action was tried before a jury of nine sworn to try the issues herein with the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, presiding. The jury rendered unanimous verdicts.  In accordance with the verdicts of the jury and the orders filed during pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

     **THEREFORE, IT IS ORDERED** as follows:

1. That as prescribed under Federal Rules of Civil Procedure 58, judgment enters for the defendant, Phillips 66 Company, against the plaintiff, Baljit S. Nanda, in the amount of three hundred sixty-seven thousand, eight hundred one ($367,801), plus post-judgment interest at the rate of 0.91 percent per year; and

2. That costs shall be taxed and allowed as prescribed by Rule 54(d)1 and Local Civil Rule 54.1.

     DATED at Denver, Colorado, this 22nd day of December 2016.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
    Kathleen Finney
    Deputy Clerk

APPROVED BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge